# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: MIDLAND CREDIT MANAGEMENT, INC., TELEPHONE CONSUMER PROTECTION ACT LITIGATION | CASE NO. 11-md-2286 MMA (MDD)<br><br>ORDER AMENDING CASE MANAGEMENT ORDER AND SETTING TELEPHONIC<br><br>[ECF NO. 168] |

On November 17, 2014, the parties filed a Joint Motion to Continue Expert Disclosure, Discovery and Class Certification Deadlines. (ECF No. 168). The Court has reviewed the motion and finds good cause to grant the motion and issues the following amended scheduling order:

1. All expert disclosures required by Fed.R.Civ.P. 26(a)(2) shall be served on all parties on or before ***January 19, 2015***. Any contradictory or rebuttal disclosures within the meaning of Rule 26(a)(2)(D)(ii) shall be disclosed on or before ***February 10, 2015.*** Unless otherwise stipulated by the parties, the required expert disclosures shall include an expert report as required by Rule 26(a)(2)(B). If a written report is not required, the disclosure must provide the information required under

Rule 26(a)(2)(c).

    2. All fact and expert discovery necessary to support or oppose class certification shall be completed by **February 20, 2015.** "Completed" means that all discovery under Rules 30-36 of the Federal Rules of Civil Procedure, and discovery subpoenas under Rule 45, must be initiated a sufficient period of time in advance of the cut-off date, so that it may be completed by the cut-off date, taking into account the times for service, notice and response as set forth in the Federal Rules of Civil Procedure. Counsel shall promptly and in good faith meet and confer with regard to all discovery disputes in compliance with Local Rule 26.1(a). Counsel are to comply with the chambers rules of the Magistrate Judge in bringing discovery disputes before the court.

    3. On or before **February 25, 2015**, any motion for class certification shall be filed.

    4. A telephonic status conference will be held on **December 22, 2014, at 10:00 a.m.** Counsel only are required to participate. **Counsel are ordered to use the dial-in information sent as a separate notice to access the Court's teleconference service.**

    IT IS SO ORDERED.

DATED: November 25, 2014

                                         Hon. Mitchell D. Dembin
                                         U.S. Magistrate Judge